PETER J. CRESCI, ESQ.
838 Avenue A
Bayonne, New Jersey 07002
(201) 215-7780, Fax (888) 803-9705
Plaintiffs, *Pro Se*
Our File No. 17-8017

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| E*TRADE BANK, | CAUSE NO. 18CV |
| **Plaintiff**, | |
| V. | |
| PETER J. CRESCI, ET ALS | UPON REMOVAL FROM SUPERIOR COURT, STATE OF NEW JERSEY: GENERAL EQUITY HUDSON COUNTY-SWC-017846-17 |
| **Defendants** | |

**CERTIFICATE OF SERVICE**

**1.**     I, PETER J. CRESCI, am a Defendant and Counterclaimant in the above captioned matter.  I certify this 18th day of February 2018 I caused the Defendants' Notice of Removal to be electronically filed with the Clerk of the United States District Court for the District of New Jersey-Newark.

**2.**     I certify that on this day,  I caused the Defendants' Notice of Removal in the above captioned matter to be served via United States Postal Service to our adversary: Joseph G. Devine, Esq., Schiller, Knapp, Lefkowitz & Hertzel, LLP, 950 New Loudon Rd, Ste 109, Latham, NY 12110.

**3.** Additionally, I caused an original and two (2) copies of the Notice of Removal, along with the Filing of Removal to be filed via USPS to Superior Court of New Jersey, 25 W. Market Street, 6th Fl. NW, Trenton, NJ 08611.

**4.** The foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: February 18, 2018

**RESPECTFULLY SUBMITTED,**

*Peter J. Cresci, Esq. /s/*

_____
PETER J. CRESCI, ESQ.
DEFENDANT
*Pro Se*