**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| E*TRADE BANK, | Case No. 18-CV-02392 |
| Plaintiff, | |
| vs. | |
| PETER J. CRESCI, ET AL. | |
| Defendants/Third Party Plaintiffs | |
| SCHILLER KNAPP LEFKOWITZ AND HERTZELL, LLP and BAYVIEW LOAN SERVICING, LLC | |
| Third Party Defendants. | |

## NOTICE OF MOTION TO DISMISS COUNTERCLAIMS AND CROSSCLAIMS

**TO:**   Peter J. Cresci, Esq.
Jennifer L. Cresci
838 Avenue A
Bayonne, New Jersey 07002-0074
*Defendants/Third Party Plaintiffs*

PLEASE TAKE NOTICE that on April 2, 2018, or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiff, E*Trade Bank ("Plaintiff") and Third Party Defendant, Bayview Loan Servicing, LLC ("Bayview"), shall move before the United States District Court for the District of New Jersey, Hon. Claire C. Cecchi, at the _____ for an Order granting the Motion to Dismiss Counterclaims and Crossclaims filed by Defendants Peter J. Cresci, Esq. and Jennifer L. Cresci (collectively the "Crescis"), pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that in support of the Motion, Plaintiff and Bayview shall rely upon the accompanying Memorandum of Law and Certification of Michael P. Trainor, Esq. A form of Order is also enclosed; and

PLEASE TAKE FURTHER NOTICE that oral argument is requested only in the event the Motion is opposed.

/s/ Michael P. Trainor
Michael P. Trainor, Esquire
Attorney ID. No. 2932010
Blank Rome LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA  19103
215-569-5500 (Telephone)
215-569-5555 (Fax)
MTrainor@blankrome.com

140406.00997/106698005v.4